# ALLEGHENY COUNTY,

## December Term, 1796.

### PENNSYLVANIA v. THOMAS LEMMON.

AN inquifition of forcible entry and detainer was removed by *certiorari*, and tried at this term.—— The entry was laid on 8th *April*, 1796, into 371½ acres of land in *Pitt* townfhip, in the poffeffion of *William Todd*. The land is on the weft fide of the *Allegheny* river.

1796.

On the 15th *March*, 1793, *William Todd* had, under the law of the 3d of *April*, 1792, obtained a warrant for 300 acres of land ; and, on the 15th of *April*, 1796, had a furvey of 371½ acres made on it. In *May*, 1793, he had a fmall cabbin built on it, ten feet long, and eight feet wide, not covered, and without a door ; and he deadened about three quarters of an acre. In *October*, 1795, he built another cabbin, about one half or three quarters of a mile from the firft, fourteen feet long and twelve feet wide, covered with flabs, but without a door ; and he deadened about half an acre. This was the evidence of poffeffion by *William Todd*. In the fall of 1795 or beginning of 1796, *Thomas Lemmon* came on this land, to make a fettlement for himfelf, in the terms of the act of affembly, lived fome time in the laft built cabbin of *William Todd*, and, afterwards, built one for himfelf, within *Todd's* line, and about three perches from the laft mentioned cabbin.

3 *St. L.* 203.

3 *St. L.* 209.

The evidence of the force was that *Lemmon* ftood in the opening of his fhed or cabbin, with his gun, and refufed to go off unlefs he were forced off.

*Brackenridge*, for the profecution. The furvey under the warrant was a complete poffeffion of the land. The circumftances of the *Indian* war rendering it impoffible with fafety to maintain that poffeffion, the act of 3d *April*, 1792, protects his poffeffion, as if he had actually maintained it ; and renders every intrufion unlawful.—— Though the two years after the warrant were expired, before any fettlement was made, the *Indian* war is an

3 *St. L.* 212.

1796.

apology, and there will be two years given after the war. It is a matter of great importance to determine whether, in cafe of a forfeiture of a claim under a warrant, for default of fettlement in two years, the ftate only fhould take advantage by iffuing a new warrant; or whether any individual can take on him to make an entry, and proceed to improve and fettle.

PRESIDENT. We are not now enquiring who is intitled to the land, but whether *Thomas Lemmon* has committed an offence, by forcibly entering on the poffeffion of *William Todd*; or having peaceably entered on *William Todd's* poffeffion, forcibly detaining it.

It does not appear, that, at the time of *Lemmon's* entering on this land, *William Todd* was in poffeffion of it. Surveying the land, building cabbins, and leaving them unfinifhed and empty, is not occupying or poffeffing the land. It feems to have been vacant. Entering on vacant land is not a public offence. And, after fuch entry, there can be no forcible detainer, for there was no poffeffion in another, at the time of the entry.

*2 Burns* 179.
*2 Bac. Abr.*
558.